**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| EVANS DELIVERY COMPANY, INC.<br><br>                       Plaintiff,<br><br>      v.<br><br>CDL 1000, Inc.,<br><br>                       Defendant. | CIVIL ACTION NO. |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Evans Delivery Company, Inc., certifies that this party is a non-governmental corporate party and that are no companies that own 10% or more of this party's stock.

                                                  **COHEN & PALOMBO, P.C.**

By:    /s/ *Eric C. Palombo*
           Eric C. Palombo
           The Times Building
           32 Parking Plaza, Suite 402
           Ardmore, PA 19003
           Phone: (215) 609-1110
           Fax: (215) 609-1117
           epalombo@freightlaw.net

*Attorney for Plaintiff Evans Delivery Company, Inc.*

Date: January 19, 2024