Civil Action No.    1:24-CV-00486

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **CDL 1000, Inc.**
was recieved by me on  **3/01/2024:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **ILLINOIS CORPORATION SERVICE COMPANY**, who is designated by law to accept service of process on behalf of **CDL 1000, Inc.** at **801 ADLAI STEVENSON DRIVE, Springfield, IL 62703-4261** on **03/01/2024 at 2:26 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:  03/05/2024

*Server's signature*

**Donald Hopper**
*Printed name and title*

**227 W. Monroe Street
Suite 2117
Chicago, IL 60606**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the summons and complaint to ILLINOIS CORPORATION SERVICE COMPANY, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 18-25 years of age, 5'10"-6'0" tall and weighing 160-180 lbs with a beard and glasses.  Baylon Elfgen authorized to accept documents processor**




Tracking #: **0126367326**